

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00504-CV

| | | |
|---|---|---|
| RENEE YVONNE BURGIN, Appellant | § | On Appeal from the 324th District Court |
| | § | of Tarrant County (324-695469-21) |
| V. | § | September 4, 2025 |
| JIMMY WAYNE BURGIN, JR., Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the challenged orders. It is ordered that the challenged orders are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack